R. M. Mott, E. D. Mott, and J. H. Mott, Assignees of Mott Land Corporation, Plaintiffs-Appellants, v. The Patten Company, an Illinois Corporation, Defendant-Appellee.

Gen. No. 69–207. (Abstract of Decision.)

Second District.

February 9, 1970.

Miller, Hickey, Collins & Close, and Gilbert, Powers & Graves, of Rockford, for appellants; Pederson, Menzimer, Conde and Stoner, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.